**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **TOMMY CARD,** | § | |
| | § | |
| | § | **Civil Action No. 4:18-cv-00117-ALM** |
| Plaintiff, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ONE ADVANTAGE, LLC,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: April 17, 2018

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2018, a true and correct copy of the

foregoing pleading was served via ECF to the below:


One Advantage.
7650 Magna Drive
Belleville IL 62223
Phone: (888) 897-0957

Dated: <u>April 17, 2018</u>                              BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
                                                         Amy L. Bennecoff Ginsburg, Esquire
                                                         Kimmel & Silverman, P.C.
                                                         30 E. Butler Avenue
                                                         Ambler, PA 19002
                                                         Phone: (215) 540-8888
                                                         Facsimile: (877) 788-2864
                                                         Email: aginsburg@creditlaw.com
                                                         Attorney for the Plaintiff