# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| TOMMY CARD,<br>　　　Plaintiff,<br><br>　　v.<br><br>ONE ADVANTAGE, LLC,<br>　　　Defendant. | §<br>§<br>§　Civil Action No. : 4:18-cv-00117-ALM<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: May 25, 2018　　　　　　　BY: */s/ Amy L. Bennecoff Ginsburg*
　　　　　　　　　　　　　　　　　　　Amy L. Bennecoff Ginsburg, Esquire
　　　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C
　　　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　　　Facsimile: (215) 540-8817
　　　　　　　　　　　　　　　　　　　Email: aginsburg@creditlaw.com
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

PLAINTIFF'S COMPLAINT

**Certificate of Service**

I hereby certify that on this 25th day of May, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

**One Advantage**
7650 Magna Drive
Belleville IL 62223

                                              */s/ Amy L. Bennecoff Ginsburg*
                                              Amy L. Bennecoff Ginsburg, Esquire
                                              Kimmel & Silverman, P.C
                                              30 East Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Facsimile: (215) 540-8817
                                              Email: aginsburg@creditlaw.com
                                              Attorney for Plaintiff